UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-23640-DPG

**THE SHAPING ACADEMY
FOR BEHAVIORAL HEALTH
DEVELOPMENT, INC.,**
a Florida profit corporation,

    Plaintiff,

v.

**AETNA BEHAVIORAL HEALTH LLC,**
a foreign limited liability company,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon the Omnibus Report and Recommendation of Magistrate Judge Detra Shaw-Wilder (the "Report"), [ECF No. 43], on Plaintiff's Emergency Motion for Temporary Injunctive Relief and Temporary Preliminary Injunction ("Motion for Preliminary Injunction"), [ECF No. 1-5], and Defendant Aetna Behavioral Health LLC's ("Defendant") Motion to Compel Arbitration, [ECF No. 6]. On November 14, 2025, Judge Shaw-Wilder issued her Report recommending that Plaintiff's Motion for Preliminary Injunction be denied, Defendant's Motion to Compel Arbitration be granted, and that the case be stayed pending arbitration. [ECF No. 43]. Neither party objected to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The objected portions of the report and recommendation are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ.

P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). As neither party objected to the Report, the Court reviewed it for clear error. Finding no clear error, the Court agrees with Judge Shaw-Wilder's well-reasoned analysis and conclusions.

## CONCLUSION

Therefore, it is **ORDERED AND ADJUDGED** as follows:

(1)    The Omnibus Report and Recommendation, [ECF No. 43], is **ADOPTED** in full.

(2)    Plaintiff's Motion for Preliminary Injunction, [ECF No. 1-5], is **DENIED**.

(3)    Defendant's Motion to Compel Arbitration, [ECF No. 6], is **GRANTED.**

(4)    The case shall be **STAYED** and **CLOSED** pending arbitration. The parties shall notify the Court of the arbitration's outcome within 30 days of its conclusion.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of December 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE